**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| David Ebling, | : |
| | : |
| | : |
| | : |
| Plaintiff, | : Civil Action No.:  10-631 |
| v. | : |
| | : |
| ER Solutions, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: October 8, 2010

Respectfully submitted,

PLAINTIFF, David Ebling

/s/ Jody B. Burton

Jody B. Burton, Esq.
Bar No.: 71681
**LEMBERG & ASSOCIATES L.L.C.**
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (877) 795-3666
jburton@lemberglaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 8, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By_/s/ Jody B. Burton_____

Jody B. Burton